UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-417-RJC-DCK

| | |
|---|---|
| ANNE BACLAWSKI, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) **ORDER**<br>)<br>MOUNTAIN REAL ESTATE CAPITAL )<br>LLC, MOUNTAIN ASSET )<br>MANAGEMENT GROUP LLC, and )<br>PETER FIORETTI, )<br>)<br>Defendants. )<br>_____ ) | |

**THIS MATTER** comes before the Court on Defendants' Motion to Strike. (Doc. No. 10). It is well settled that a timely-filed amended pleading supersedes the original pleading and that motions directed at superseded pleadings are thereby rendered moot. Young v. City of Mount Ranier, 238 F.3d 567, 573 (4th Cir. 2001) ("The general rule . . . is that an amended pleading supersedes the original pleading, rendering the original pleading of no effect."); see also Collin v. Marconi Commerce Sys. Emps. Ret. Plan, 335 F. Supp. 2d 590, 614 (M.D.N.C. 2004) ("Earlier motions made by Defendants were filed prior to and have been rendered moot by Plaintiffs' filing of the Second Amended Complaint."). Plaintiff's Amended Complaint, (Doc. No. 14), supersedes the original Complaint, (Doc. No. 1), and therefore, any motions directed at the original Complaint have been rendered moot. Accordingly, the Court must dismiss Defendants' Motion to Strike.

**IT IS, THEREFORE, ORDERED** that Defendants' Motion to Strike, (Doc. No. 10), is **DISMISSED as moot**.

Signed: January 4, 2016

Robert J. Conrad, Jr.
United States District Judge