IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-417-RJC-DCK

| | |
|---|---|
| ANNE BACLAWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MOUNTAIN ASSET MANAGEMENT ) | |
| GROUP LLC; MOUNTAIN REAL ESTATE ) | |
| CAPITAL LLC; and PETER FIORETTI, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Notice Of Settlement" (Document No. 28) filed July 1, 2016. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The "Notice Of Settlement" (Document No. 28) indicates that the parties have reached a full "settlement of all matters in dispute in this litigation." The Court commends the parties and counsel for their efforts to resolve this case. In addition, based on the parties "Notice…" the Court will deny "Plaintiff Anne Baclawski's Motion To Compel" as moot.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation Of Dismissal on or before **August 1, 2016**.

**IT IS FURTHER ORDERED** that "Plaintiff Anne Baclawski's Motion To Compel" (Document No. 23) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: July 1, 2016

David C. Keesler
United States Magistrate Judge