**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:15-CV-417-DCK**

| | |
|---|---|
| ANNE BACLAWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MOUNTAIN REAL ESTATE CAPITAL ) | |
| LLC; MOUNTAIN ASSET MANAGEMENT ) | |
| GROUP LLC; and PETER FIORETTI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

**IT IS, THEREFORE, ORDERED** that the trial term currently set for January 9, 2017 is hereby **CANCELLED**. The Court will re-set case deadlines at a later date.

**SO ORDERED**.

Signed: December 7, 2016

David C. Keesler
United States Magistrate Judge