# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-417-DCK

| | |
|---|---|
| ANNE BACLAWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MOUNTAIN REAL ESTATE CAPITAL ) | |
| LLC; MOUNTAIN ASSET MANAGEMENT ) | |
| GROUP LLC; and PETER FIORETTI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

On October 23, 2017, the Court granted "Plaintiff's Emergency Motion To Continue Trial" (Document No. 107). As such, this matter will be rescheduled for the undersigned's next trial term.

**IT IS, THEREFORE, ORDERED** that this matter is set for trial during the civil term beginning **February 5, 2018**.

**IT IS FURTHER ORDERED** that a Final Pretrial Conference will be held on **January 30, 2018**.

**SO ORDERED**.

Signed: October 27, 2017

David C. Keesler
United States Magistrate Judge