**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-417-DCK**

| | | |
|---|---|---|
| **ANNE BACLAWSKI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **MOUNTAIN REAL ESTATE CAPITAL** | ) | |
| **LLC; MOUNTAIN ASSET MANAGEMENT** | ) | |
| **GROUP LLC; and PETER FIORETTI,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

Due to scheduling conflicts, a trial in this matter will be rescheduled from February 5, 2018, to the undersigned's next trial term, beginning April 16, 2018.

**IT IS, THEREFORE, ORDERED** that this matter is set for trial during the civil term beginning **April 16, 2018**.

**IT IS FURTHER ORDERED** that a Final Pretrial Conference will be held on **April 10, 2018**. The parties shall make appropriate pretrial filings and preparations pursuant to the "Pretrial Order And Case Management Plan" (Document No. 18).

**SO ORDERED**.

Signed: January 24, 2018

David C. Keesler
United States Magistrate Judge