UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:15-CV-00417
(DCK)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
ANNE BACLAWSKI, :
:
                Plaintiff, :
:
       - against - : **NOTICE OF SETTLEMENT AND**
: **MOTION TO VACATE ALL**
MOUNTAIN REAL ESTATE CAPITAL LLC, : **DEADLINES**
MOUNTAIN ASSET MANAGEMENT GROUP :
LLC, and PETER FIORETTI, :
:
                Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      The parties respectfully notify the Court that a settlement agreement has been reached in this matter. Plaintiff has executed the formal settlement documents. The formal settlement documents are out for signature with Defendants and, once those documents are signed by Defendants and the settlement terms have been fulfilled, the parties will file a Notice of Dismissal. The parties intend to file the Notice of Dismissal as soon as practicable but request that they be granted twenty (20) days to do so. Accordingly, the parties request that all pending deadlines be vacated.

Dated: March 27, 2018

                              Respectfully submitted,

| **STRIANESE HUCKERT LLP** | **JAMES MCELROY DIEHL** |
|---|---|
| By: /s/ Christopher R. Strianese | By: /s/ John Buric |
| Christopher R. Strianese, Esq. | John R. Buric, Esq. |
| *chris@strilaw.com* | *jburic@jmdlaw.com* |

401 North Tryon Street, 10th Fl.  
Charlotte, North Carolina 28202  
Tel: 704-998-2577  
*Attorneys for Plaintiff*

525 North Tryon St., Suite 700  
Charlotte, NC 28202  
Tel: 704-372-9870  
*Attorneys for Defendant*